John Robert JONES, Appellant,

v.

Aretha JONES, Respondent.

No. WD 39571.

Missouri Court of Appeals, Western District.

March 8, 1988.

Gary L. Stamper of Bear, Hines, Thomas, Dierkes & Stamper, Columbia, for appellant.

Gary Oxenhandler & Sara J. Head of Tofle & Oxenhandler, Columbia, for respondent.

Before TURNAGE, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from an award of maintenance in a dissolution action.

Judgment affirmed. Rule 84.16(b).